the verdict is excessive and against the weight of the evidence upon the question of damages. All concur, except Kruse, P. J., who dissents and votes for affirmance.

Samuel W. ERDLE and one, respts., v. Millison M. BASSETT and one, applts. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Judgment affirmed, with costs. All concur.

Botho FARENHOLTZ, Respt., v. Henry MEINSHAUSEN, Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Elizabeth G. FARRELL, appellant, v. John C. JUDGE, respondent. (Supreme Court, Appellate Division, Second Department. December 17, 1915.) Judgment and order modified by increasing the amount thereof to $472.44, and as modified affirmed, with costs and disbursements of this appeal to the appellant. First and seventh findings of fact modified by substituting the amount of $400 for $750, and the conclusion of law modified by substituting $472.44 for $122.44. No opinion. Carr, Stapleton, Mills, and Rich, JJ., concur. Jenks, P. J., not voting.

In the Matter of the final judicial settlement of the account of proceedings of Ezra C. FERRIS, as administrator, etc., of Mary G. Barlow, deceased. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) The burden was on the objector to show the value of the earrings. No competent evidence of it was given; therefore the appraisal at $350 should be retained. The cash collected could not begin to draw interest before January 1, 1914, and Violet M. Barlow is entitled on her distributive share to such interest as it would have earned in the bank at 4 per cent., beginning on that date. To such extent as the administrator has overpaid Lillian Barlow, he should be surcharged. Decree of the Surrogate's Court of Westchester County amended in accordance with this memorandum, and as so amended affirmed, without costs. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur. Settle order before Mr. Justice Thomas.

Joseph FERRIS, as admr., etc., respt., v. Sarah E. STERLING, as admx., etc., applt. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Judgment and order affirmed, with costs. All concur, except Foote and Merrell, JJ., who dissent.

FIRST NAT. BANK OF BROWNSVILLE v. FLEITMAN. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by the First National Bank of Brownsville against Lida M. Fleitman, as administratrix. No opinion. Motion denied, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 1106.

Louis A. FISCHER, applt., v. John JOHNSON, respt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment affirmed, with costs. All concur.

William D. FITZGERALD, respt., v. ARCADE THEATER CO., applt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Interlocutory judgment (153 N. Y. Supp. 618) affirmed, with costs. All concur.

FIX, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 1, 1915.) Action by Elsie L. Fix, an infant, etc., against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

Anna FLEISCHER, as Admx., etc., Appellant, v. MASON & HANGER COMPANY and the City of New York, Respondents. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Appeal from Trial Term, New York County. Action by Anna Fleischer, as administratrix, etc., against the Mason & Hanger Company and another. From a judgment dismissing the complaint, plaintiff appeals. Reversed, and new trial ordered. PER CURIAM. We think the questions as to the freedom of the plaintiff's intestate from contributory negligence, and as to whether or not the elevator was a safe structure, were questions of fact for the jury. The judgment should be reversed, and a new trial ordered, with costs to appellant to abide the event. Order filed. INGRAHAM, P. J., and DOWLING, J., dissenting.

Smith M. FLICKINGER, applt., v. Allie J. GLASS, and one, respts. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Judgment affirmed with costs. All concur.

FOIST, Appellant, v. ROCHESTER, S. & E. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by Sarah Foist, as administratrix, etc., against the Rochester, Syracuse & Eastern Railroad Company. No opinion. Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that under the rule of Sackheim v. Pigueron, 215 N. Y. 62, 109 N. E. 109, a case was made for the jury.

In the Matter of the claim of Robert FOLEY for compensation under the Workmen's Compensation Law v. BRETTON HALL COMPANY, employer. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Award unanimously affirmed. Smith, P. J., not being a member of the court at the time of the decision. Cochrane, J., not sitting.